**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| In re: BOYER, JO ANN  §  Case No. 08-27250 | |
| BOYER, BRUCE  § | |
| § | |
| Debtor(s)  § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Northern District of Illinois
219 S. Dearborn
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 10/21/2010 in Courtroom 250, United States Courthouse,
Kane County Courthouse
100 S. Third Street
Geneva, IL 60134.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/01/2010    By: JOSEPH R. VOILAND
                                    Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL  60560
(630) 553-1951

**UST Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In re: BOYER, JO ANN | § | Case No. 08-27250 |
| BOYER, BRUCE | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*   $ 90,201.49

*and approved disbursements of*   $ 87,578.01

*leaving a balance on hand of* [1]   $ 2,623.48

Claims of secured creditors will be paid as follows:

*Claimant*   *Proposed Payment*
N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Fees | Expenses |
|---|---|---|---|
| Trustee | JOSEPH R. VOILAND | $ 1,000.00 | $ 146.88 |
| Attorney for trustee | | $ | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*   *Fees*   *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 89,162.98 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.7 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 2 | Chase Bank USA, N.A. | $ 35,577.15 | $ 589.06 |
| 3 | PYOD LLC its successors and assigns as assignee of | $ 18,817.78 | $ 311.57 |
| 4 | PYOD LLC its successors and assigns as assignee of | $ 19,677.75 | $ 325.81 |
| 5 | Chase Bank USA, N.A. | $ 1,432.84 | $ 23.72 |
| 6 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 13,657.46 | $ 226.13 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                                   Allowed Amt. of Claim    Proposed Payment*
                                    N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                                   Allowed Amt. of Claim    Proposed Payment*
                                    N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.  The claim filed by CCO Mortgage (claim #1) was withdrawn.

Prepared By:  /s/JOSEPH R. VOILAND
                          Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL  60560
(630) 553-1951

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: cgreen                 Page 1 of 1                  Date Rcvd: Sep 02, 2010
Case: 08-27250                 Form ID: pdf006              Total Noticed: 22

The following entities were noticed by first class mail on Sep 04, 2010.
db           +Jo Ann Boyer,    508 Grace St,    Elgin, IL 60120-7837
jdb          +Bruce Boyer,    508 Grace St,    Elgin, IL 60120-7837
aty          +James A Young,    James A Young & Associates, Ltd.,     47 DuPage Court,    Elgin, IL 60120-6421
tr           +Joseph Voiland,    Joseph R. Voiland,    1625 Wing Road,    Yorkville, IL 60560-9263
12694295     +Bank of America,    Attn: Bankruptcy Dept NC4-105-03-14,    Po Box 26012,
               Greensboro, NC 27420-6012
12694296     +Capital 1 Bank,    Attn: C/O TSYS Debt Management,    Po Box 5155,    Norcross, GA 30091-5155
12694297     +Cco Mortgage Corp.,    2812 Emerywood Pkwy.,    Richmond, VA 23294-3727
12694298     +Chase,    Attn: Bankruptcy Dept,    Po Box 100018,    Kennesaw, GA 30156-9204
14449946      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
14493407     +Chase Bank USA, N.A.,    C/O Creditors Bankruptcy Service,    P.O. Box 740933,
               Dallas, TX 75374-0933
12694299     +Citi,    Attention: Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
12694300     +Citifinancial,    Po Box 499,    Hanover, MD 21076-0499
12694301     +David J. Rickert, County Collector,    719 S. Batavia Ave. Bldg. A,    Geneva, IL 60134-3077
12694303     +Natl City Credit Card Services,    Attention: Bankruptcy Department,    6750 Miller Road,
               Brecksville, OH 44141-3262
12694304     +Nbgl Bergner,    Po Box 15521,    Wilmington, DE 19850-5521
14465805     +PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
               PO Box 19008,    Greenville, SC 29602-9008
12936227     +RBS Citizens NA,    s/b/m Charter One Bank NA,    CCO Mortgage,    10561 Telegraph Rd,
               Glen Allen, VA 23059-4577
12694306     +Sears/cbsd,    Po Box 20363,    Kansas City, MO 64195-0363
12694307     +Target Nb,    Po Box 673,    Minneapolis, MN 55440-0673
The following entities were noticed by electronic transmission on Sep 02, 2010.
14743391      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 03 2010 02:54:06
               FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,    PO Box 248809,
               Oklahoma City, OK 73124-8809
12694302     +E-mail/PDF: cr-bankruptcy@kohls.com Sep 03 2010 03:08:28      Kohls,    Attn: Recovery,
               Po Box 3120,    Milwaukee, WI 53201-3120
12694305     +E-mail/Text: bankrup@nicor.com                            Nicor Gas,
               Attention: Bankruptcy Department,    1844 Ferry Road,    Naperville, IL 60563-9662
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Sep 04, 2010**            **Signature:** _/s/ Joseph Speetjens_