# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: BOYER, JO ANN § Case No. 08-27250
BOYER, BRUCE §
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $12,465.00    Assets Exempt: $37,465.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $53,466.32    Claims Discharged
Without Payment: $87,686.35

Total Expenses of Administration: $11,735.20

3) Total gross receipts of $ 90,201.52 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 25,000.00 (see **Exhibit 2**), yielded net receipts of $65,201.52 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $95,698.72 | $51,989.69 | $51,989.69 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 17,245.26 | 11,735.20 | 11,735.20 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 89,162.98 | 89,162.98 | 1,476.63 |
| **TOTAL DISBURSEMENTS** | $0.00 | $202,106.96 | $152,887.87 | $65,201.52 |

4) This case was originally filed under Chapter 7 on October 10, 2008. The case was pending for 26 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/12/2010         By: /s/JOSEPH R. VOILAND
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| real estate - 508 Grace St., Elgin, IL | 1110-000 | 90,200.00 |
| Interest Income | 1270-000 | 1.52 |
| **TOTAL GROSS RECEIPTS** | | **$90,201.52** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Ticor Title Insurance | homestead exemption | 8100-002 | 25,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$25,000.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | RBS Citizens NA | 4110-000 | N/A | 43,709.03 | 0.00 | 0.00 |
|  | Ticor Title Insurance | 4110-000 | N/A | 51,989.69 | 51,989.69 | 51,989.69 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$95,698.72** | **$51,989.69** | **$51,989.69** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | 2100-000 | N/A | 6,510.06 | 1,000.00 | 1,000.00 |
| JOSEPH R. VOILAND | 2200-000 | N/A | 146.88 | 146.88 | 146.88 |
| Ticor Title Insurance | 3510-000 | N/A | 5,412.00 | 5,412.00 | 5,412.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| Ticor Title Insurance | 2820-000 | | N/A | 3,610.53 | 3,610.53 | 3,610.53 |
| Ticor Title Insurance | 2500-000 | | N/A | 1,565.79 | 1,565.79 | 1,565.79 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | 17,245.26 | 11,735.20 | 11,735.20 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Chase Bank USA, N.A. | 7100-000 | N/A | 35,577.15 | 35,577.15 | 589.20 |
| 3 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 18,817.78 | 18,817.78 | 311.64 |
| 4 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 19,677.75 | 19,677.75 | 325.88 |
| 5 | Chase Bank USA, N.A. | 7100-000 | N/A | 1,432.84 | 1,432.84 | 23.73 |
| 6 | FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | N/A | 13,657.46 | 13,657.46 | 226.18 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 89,162.98 | 89,162.98 | 1,476.63 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-27250  
**Case Name:** BOYER, JO ANN  
BOYER, BRUCE  
**Period Ending:** 12/12/10

**Trustee:** (330380) JOSEPH R. VOILAND  
**Filed (f) or Converted (c):** 10/10/08 (f)  
**§341(a) Meeting Date:** 11/03/08  
**Claims Bar Date:** 11/24/09

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | real estate - 508 Grace St., Elgin, IL | 161,500.00 | 92,832.05 | | 90,200.00 | FA |
| 2 | checking acct. - National City | 200.00 | 0.00 | DA | 0.00 | FA |
| 3 | savings acct. - Union Trust | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | checking acct. - National City | 50.00 | 0.00 | DA | 0.00 | FA |
| 5 | savings acct. - National City | 0.00 | 0.00 | DA | 0.00 | FA |
| 6 | household goods | 1,100.00 | 0.00 | DA | 0.00 | FA |
| 7 | wearing apparel | 100.00 | 0.00 | DA | 0.00 | FA |
| 8 | jewelry | 400.00 | 0.00 | DA | 0.00 | FA |
| 9 | life insurance - Assurity Life | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | annuity - Carpenter's Union | 0.00 | 0.00 | DA | 0.00 | FA |
| 11 | pension plan | 0.00 | 0.00 | DA | 0.00 | FA |
| 12 | IRA Charles Schwaab | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 13 | 1998 Ford Escort | 450.00 | 0.00 | DA | 0.00 | FA |
| 14 | 1999 Ford F150 | 1,515.00 | 0.00 | DA | 0.00 | FA |
| 15 | tools | 650.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1.52 | Unknown |
| 16 | Assets Totals (Excluding unknown values) | **$173,965.00** | **$92,832.05** | | **$90,201.52** | **$0.00** |

**Major Activities Affecting Case Closing:**

On 11/20/2008, an order was entered authorizing the employment of Remax Great American to market and sell debtor's real estate.

**Initial Projected Date Of Final Report (TFR):**   June 15, 2009          **Current Projected Date Of Final Report (TFR):**   May 10, 2010

Printed: 12/12/2010 09:26 AM    V.12.54

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 08-27250  
**Case Name:** BOYER, JO ANN  
BOYER, BRUCE  
**Taxpayer ID #:** **-***5123  
**Period Ending:** 12/12/10  

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****23-65 - Money Market Account  
**Blanket Bond:** $50,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | T-Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | | | Receipts $ | Disbursements $ | Money Market Account Balance |
| 08/13/09 | | Ticor Title Insurance | proceeds from sale of real estate | | | 2,621.99 | | 2,621.99 |
| | {1} | | proceeds of sale | 90,200.00 | 1110-000 | | | 2,621.99 |
| | | | homestead exemption | -25,000.00 | 8100-002 | | | 2,621.99 |
| | | | payment of mortgage lien | -51,989.69 | 4110-000 | | | 2,621.99 |
| | | | broker fees | -5,412.00 | 3510-000 | | | 2,621.99 |
| | | | real estate taxes | -3,610.53 | 2820-000 | | | 2,621.99 |
| | | | closing costs | -1,565.79 | 2500-000 | | | 2,621.99 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.04 | | 2,622.03 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.10 | | 2,622.13 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.10 | | 2,622.23 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.11 | | 2,622.34 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.11 | | 2,622.45 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.10 | | 2,622.55 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.09 | | 2,622.64 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.11 | | 2,622.75 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | | 1270-000 | 0.06 | | 2,622.81 |
| 04/20/10 | | Wire out to BNYM account 9200******2365 | Wire out to BNYM account 9200******2365 | | 9999-000 | -2,622.81 | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers | -2,622.81 | 0.00 | |
| **Subtotal** | **2,622.81** | **0.00** | |
| Less: Payments to Debtors | | 25,000.00 | |
| **NET Receipts / Disbursements** | **$2,622.81** | **$-25,000.00** | |

{} Asset reference(s)                                                                                                      Printed: 12/12/2010 09:26 AM   V.12.54

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 08-27250  
**Case Name:** BOYER, JO ANN  
BOYER, BRUCE  
**Taxpayer ID #:** **-***5123  
**Period Ending:** 12/12/10  

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******23-65 - Money Market Account  
**Blanket Bond:** $50,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********2365 | Wire in from JPMorgan Chase Bank, N.A. account ********2365 | 9999-000 | 2,622.81 | | 2,622.81 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.05 | | 2,622.86 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.16 | | 2,623.02 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.15 | | 2,623.17 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.15 | | 2,623.32 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.16 | | 2,623.48 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 | | 2,623.50 |
| 10/22/10 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.01 | | 2,623.51 |
| 10/22/10 | | To Account #9200******2366 | | 9999-000 | | 2,623.51 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **2,623.51** | **2,623.51** | **$0.00** |
| | | | Less: Bank Transfers | | 2,622.81 | 2,623.51 | |
| | | | **Subtotal** | | **0.70** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.70** | **$0.00** | |

{} Asset reference(s)                                                                                                           Printed: 12/12/2010 09:26 AM    V.12.54

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 08-27250
**Case Name:** BOYER, JO ANN
BOYER, BRUCE
**Taxpayer ID #:** **-***5123
**Period Ending:** 12/12/10

**Trustee:** JOSEPH R. VOILAND (330380)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******23-66 - Checking Account
**Blanket Bond:** $50,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/22/10 | | From Account #9200******2365 | | 9999-000 | 2,623.51 | | 2,623.51 |
| 10/22/10 | 101 | JOSEPH R. VOILAND | Dividend paid 100.00% on $1,000.00, Trustee Compensation; Reference: | 2100-000 | | 1,000.00 | 1,623.51 |
| 10/22/10 | 102 | JOSEPH R. VOILAND | Dividend paid 100.00% on $146.88, Trustee Expenses; Reference: | 2200-000 | | 146.88 | 1,476.63 |
| 10/22/10 | 103 | Chase Bank USA, N.A. | Dividend paid 1.65% on $35,577.15; Claim# 2; Final distribution | 7100-000 | | 589.20 | 887.43 |
| 10/22/10 | 104 | PYOD LLC its successors and assigns as assignee of | Dividend paid 1.65% on $18,817.78; Claim# 3; Final distribution | 7100-000 | | 311.64 | 575.79 |
| 10/22/10 | 105 | PYOD LLC its successors and assigns as assignee of | Dividend paid 1.65% on $19,677.75; Claim# 4; Final distribution | 7100-000 | | 325.88 | 249.91 |
| 10/22/10 | 106 | Chase Bank USA, N.A. | Dividend paid 1.65% on $1,432.84; Claim# 5; Final distribution | 7100-000 | | 23.73 | 226.18 |
| 10/22/10 | 107 | FIA CARD SERVICES, NA/BANK OF AMERICA | Dividend paid 1.65% on $13,657.46; Claim# 6; Final distribution | 7100-000 | | 226.18 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 2,623.51 | 2,623.51 | **$0.00** |
| | | | Less: Bank Transfers | | 2,623.51 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 2,623.51 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$2,623.51** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****23-65** | 2,622.81 | -25,000.00 | 0.00 |
| **MMA # 9200-******23-65** | 0.70 | 0.00 | 0.00 |
| **Checking # 9200-******23-66** | 0.00 | 2,623.51 | 0.00 |
| | **$2,623.51** | **$2,623.51** | **$0.00** |

{} Asset reference(s)

Printed: 12/12/2010 09:26 AM   V.12.54